**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA L. CLARK, AN INDIVIDUAL, et al., | Case No. EDCV 14-01847-VAP (SPx) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| CARMAX AUTO SUPERSTORES CALIFORNIA, LLC, etc., et al., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Second Amended Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: January 23, 2015

_____
VIRGINIA A. PHILLIPS
United States District Judge